SHANNON TAITANO, ESQ.
OFFICE OF THE GOVERNOR OF GUAM
Ricardo J. Bordallo Governor's Complex
Adelup, Guam 96910
Telephone: (671) 472-8931
Facsimile: (671) 477-4826

RODNEY J. JACOB, ESQ.
DANIEL M. BENJAMIN, ESQ.
CALVO & CLARK, LLP
Attorneys at Law
655 South Marine Corps Drive, Suite 202
Tamuning, Guam 96913
Telephone: (671) 646-9355
Facsimile: (671) 646-9403

Attorneys for Proposed Intervenor-Defendant
*Felix P. Camacho, Governor of Guam*

**FILED**
DISTRICT COURT OF GUAM
JUN 27 2005
MARY L.M. MORAN
CLERK OF COURT

101

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MARY GRACE SIMPAO, CHRISTINA NAPUTI, and JANICE CRUZ, on behalf of themselves and a class of others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>GOVERNMENT OF GUAM,<br><br>          Defendant,<br><br>vs.<br><br>FELIX P. CAMACHO, in his official capacity as Governor of Guam,<br><br>          Proposed Intervenor-Defendant. | Civil Case No. CV04-00049<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>**[ORAL ARGUMENT REQUESTED]** |

{G0003410.DOC;1}

**ORIGINAL**

## MOTION

Proposed Intervenor-Defendant Felix P. Camacho, the Governor of Guam, hereby moves this Court to grant his application to intervene in the above caption matter pursuant to Rule 24.

This motion is based upon the accompanying memorandum of points and authorities, the declaration of Daniel M. Benjamin, the files and records in this action, and such other evidence and arguments as may be presented at or before the hearing on this motion.

The Governor requests oral argument. Pursuant to Rule 7.1(e)(2), the Governor will work with counsel to agree upon oral argument dates with respect to this motion. The required Rule 7.1(e)(2) statement will be filed promptly once the parties are able to reach a scheduling agreement. The Governor will provide notice of the hearing date once a date is provided by the Court.

Dated this 27th day of June, 2005.

OFFICE OF THE GOVERNOR OF GUAM
CALVO & CLARK, LLP
Attorneys for Proposed Intervenor-Defendant
Felix P. Camacho, Governor of Guam

By: _____
DANIEL M. BENJAMIN

*Civil Case No. 04-00049*                                1
{G0003410.DOC;1}